EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Rosa Vargas Hernández | 2004 TSPR 96 <br><br> 161 DPR ___ |

Número del Caso: TS-8437

Fecha: 18 de junio de 2004

Abogada de la Parte Querellada:
              Por Derecho Propio

Oficina del Procurador General:
              Lcda. Yvonne Casanova Pelosi
              Procuradora General Auxiliar

              Lcda. María del Pilar Aguirre Vázquez
              Procuradora General Auxiliar

              Lcda. Rosana Márquez Valencia
              Procuradora General Auxiliar

Oficina de Inspección de Notarías:
              Lcda. Carmen H. Carlos
              Directora

Colegio de Abogados de Puerto Rico:
              Lcda. María de Lourdes Rodríguez
              Oficial Investigadora

              Lcdo. Ángel N. Candelario Cáliz
              Oficial Investigador

 Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rosa Vargas Hernández

TS-8437

RESOLUCION

San Juan, Puerto Rico, a 18 de junio de 2004.

Examinada la solicitud de reinstalación de Rosa Vargas Hernández, el Tribunal la amonesta por no haber cumplido cabalmente con sus responsabilidades profesionales en el caso de la querella formulada en su contra por el Procurador General con el número CP-2000-15.

Se le apercibe que en el futuro debe cumplir con las responsabilidades éticas de la profesión y también con todos sus deberes notariales.

Con esta amonestación y apercibimiento se le reinstala al ejercicio profesional.

Se instruye al Colegio de Abogados a que reactive las quejas que tenga pendientes contra esta letrada.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez denegaría la reinstalación. El Juez Asociado señor Rebollo López no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo